UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT RUSSELL, ) | CASE NO. C07-2000-RAJ |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER AFFIRMING |
| MICHAEL J. ASTRUE, ) | COMMISSIONER |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, and the Plaintiff's objections to the Report and Recommendation. It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court affirms the decision of the Commissioner; and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 8th day of October, 2008.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER AFFIRMING COMMISSIONER
PAGE -1